**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Maurice R. Grassia | Social Security number or ITIN   xxx–xx–5707 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Debrah J. Grassia | Social Security number or ITIN   xxx–xx–3677 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–14936–ABA

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Maurice R. Grassia
aka Maurice R. Grassia Jr., dba Peter's Barber Shop

Debrah J. Grassia
aka Debrah Grassia

5/8/20

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-14936-ABA
Maurice R. Grassia                                              Chapter 13
Debrah J. Grassia
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                  Page 1 of 2              Date Rcvd: May 08, 2020
                               Form ID: 3180W               Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2020.
db/jdb         +Maurice R. Grassia,    Debrah J. Grassia,    291 Glennwood Avenue,
                 Woodbury Heights, NJ 08097-1505
aty            +Phelan Hallinan Diamond & Jones, P.C,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +Capital Bank of New Jersey,    175 South Main Road,    Vineland, NJ 08360-7901
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,   Suite 1400,    Philadelphia, PA 19103-1814
lm             +Ditech,   1100 Virginia Avenue,    Suite 100-A,    Fort Washington, PA 19034-3277
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL,     PO Box 6154,    Rapid City, SD  57709-6154
516834047      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516761925      +Capital Bank of New Jersey,    175 S. Main Road,    P O Box 690,    Vineland, NJ 08362-0690
517752965       DITECH FINANCIAL LLC FKA GREEN TREE ET.AL.,     DITECH FINANCIAL LLC,    P.O. BOX 6154,
                 RAPID CITY SD 57709-6154
516699447      +Ditech Fianacial LLC,    f/n/a Greentree Servicing LLC,    David Schneider, Pres. of Servicng,
                 1100 Virginia Avenue, Suite 100A,    Fort Washington, PA 19034-3276
516793350       Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
516699450       Emergency Care Services of NJ,    3585 Ridge Park Drive,    Akron, OH 44333-8203
516699449       Emergency Care Services of NJ,    Attn: Billing / Bankruptcy Depts,     PO Box 636086,
                 Cincinnati, OH 45263-6086
516699452      +Management Services Inc.,    c/o NCB Manangement Services, Inc.,     PO Box 1099,
                 Langhorne, PA 19047-6099
518654219       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518654220       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
516699453      +Peter Scaffadi,    870 Mantua Blvd,    Sewell, NJ 08080-1344
516699454      +Phelan, Hallinan, Diamond & Jones, PC,    400 Fellowship Road, Ste. 100,
                 Mount Laurel, NJ 08054-3437
517908458      +RAS CITRON, LLC,    BANKRUPTCY DEPARTMENT,    130 CLINTON ROAD, SUITE 202,
                 FAIRFIELD, NJ 07004-2927
518585760      +U.S. Bank Trust National Association, as Trustee,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
518585761      +U.S. Bank Trust National Association, as Trustee,     Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,
                 U.S. Bank Trust National Association, as,     84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 08 2020 22:51:39      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 08 2020 22:51:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of America NA,    7105 Corporate Drive,
                 PTX-B-209,   Plano, TX 75024-4100
516720206       EDI: AIS.COM May 09 2020 02:33:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516699441       EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of America,    Attn: Bankruptcy Department,
                 PO Box 982236,   El Paso, TX 79998-2236
516699440      +EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of Ameica NA,    9000 Southside Blvd,
                 Jacksonville, FL 32256-6705
516699442      +EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of America,    4909 Savrese Circle,
                 Tampa, FL 33634-2413
516699443      +EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of America,    Attn: Bankruptcy Department,
                 Mail Stop CA6-09-01-23,    400 National Way,    Simi Valley, CA 93065-6414
516699444      +EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of America Home Loans,    Attn: Bankruptcy Dept.,
                 7105 Corporate Drive, PTX-B-209,    Plano, TX 75024-4100
516763896       EDI: BANKAMER.COM May 09 2020 02:33:00      Bank of America, N.A.,    PO Box 31785,
                 Tampa, FL 33631-3785
516904593       EDI: BL-BECKET.COM May 09 2020 02:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
516699446      +EDI: CONVERGENT.COM May 09 2020 02:33:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
                 Renton, WA 98057-4927
516699445       EDI: JPMORGANCHASE May 09 2020 02:33:00      Chase Card Member Services,
                 Attn: Bankruptcy Dept,    PO Box 15548,    Wilmington, DE 19850-5548
516699451       E-mail/Text: bncnotices@becket-lee.com May 08 2020 22:51:14      Kohl's,
                 Attn: Bankruptcy Department,    PO Box 3043,    Milwaukee, WI 53201-3043
516699455       E-mail/Text: info@phoenixfinancialsvcs.com May 08 2020 22:51:01      Phoenix Financial Systems,
                 8902 Otis Avenue Suite 103A,    Indianapolis, IN 46216-1009
516935192       EDI: PRA.COM May 09 2020 02:33:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1         User: admin              Page 2 of 2           Date Rcvd: May 08, 2020
                             Form ID: 3180W           Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516700541      +EDI: RMSC.COM May 09 2020 02:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
516699456       EDI: RMSC.COM May 09 2020 02:33:00      Synchrony Bank/Lowe's,    Attn:    Bankruptcy Department,
                PO Box 965060,    Orlando, FL 32896-5060
516699457       EDI: AISTMBL.COM May 09 2020 02:33:00      T-Mobile Bankruptcy Dept,   12920 SE 38th Street,
                Bellevue, WA 98006
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516699448    ##+DiTech Financial LLC,    PO Box 6172,   Rapid City, SD 57709-6172
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2020 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Andrew M. Lubin     on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2019-PM8 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    DITECH FINANCIAL LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Harold N. Kaplan    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com,
               informationathnk@aol.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC shay@bbs-law.com,
               jpshay@gmail.com
              Laura M. Egerman    on behalf of Creditor    New Residential Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               dnj@pbslaw.org
              S. Daniel Hutchison    on behalf of Debtor Maurice R. Grassia sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              S. Daniel Hutchison    on behalf of Joint Debtor Debrah J. Grassia sdhteamlaw@outlook.com,
               backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Victor Druziako    on behalf of Creditor    Capital Bank of New Jersey bkdruziako@aol.com
                                                                                               TOTAL: 15
```