Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−14936−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Maurice R. Grassia | Debrah J. Grassia |
| aka Maurice R. Grassia Jr., dba Peter's Barber Shop | aka Debrah Grassia |
| 291 Glennwood Avenue | 291 Glennwood Avenue |
| Woodbury Heights, NJ 08097 | Woodbury Heights, NJ 08097 |

Social Security No.:
  xxx−xx−5707                                       xxx−xx−3677

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 15, 2020</u>                 <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court